**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


KIMBERLY CLARK CORPORATION,     :    No. 521 MAL 2017
: 
               Petitioner        : 
:    Petition for Allowance of Appeal from
:    the Order of the Commonwealth Court
        v.                  : 
: 
: 
WORKERS' COMPENSATION APPEAL    : 
BOARD (BROMLEY),               : 
: 
          Respondent       : 


## ORDER


**PER CURIAM**

      **AND NOW**, this 27th day of November, 2017, the Petition for Allowance of

Appeal is **DENIED** and the Request for Supersedeas Pending Petition for Allocatur is

**DISMISSED** as moot.